IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE  DIVISION

| | |
|---|---|
| PACIFICSOURCE HEALTH PLANS, | |
| *Plaintiff*, | CV-21-64-BU-BMM |
| v. | |
| ATLANTIC SPECIALTY INSURANCE COMPANY, | **ORDER** |
| *Defendant*. | |

Defendant  has moved for an order allowing Deirdre G. Johnson, Esq., and Elaine A. Panagakos, Esq. to appear *pro hac vice* in this case with John W. Harkins, Esq., designated as local counsel. (Docs. 39 and 40.) The applications of Mr. Casey and Mr. Beardsley  appear to be in compliance with L.R. 83.1(d).

**IT IS ORDERED**:

Plaintiff's motions to allow Ms. Johnson and Mr. Panagakos to appear on its behalf (Docs. 39 and 40) are GRANTED,  subject to the following conditions:

1.     Local counsel shall exercise the responsibilities required by L.R. 83.1(d)(5) and must be designated as lead counsel or as co-lead counsel;

2.   Only one attorney appearing *pro hac vice* may act as co-lead counsel;

3.   Ms. Johnson and Mr. Panagakos  must each do their own work.  Each must do their own writing, sign their own pleadings, motions, briefs, and, if designated co-lead counsel, must appear and participate personally in all proceedings before the Court;

4.   The Applicant Attorney shall take steps to register in the Court's electronic filing system ("CM-ECF"). Further information is available on the Court's website, www.mtd.uscourts.gov.

5.   Local counsel shall also sign all such pleadings, motions and briefs and other documents served or filed; and

6.   Admission is personal to Ms. Johnson and Mr. Panagakos, not the law firm they work for.

7.   Local counsel will provide a copy of this order to pro hac counsel.

**IT IS FURTHER ORDERED**:

Each applicant shall file, within fifteen (15) days from the date of this Order, an acknowledgment and acceptance of their admission under the terms set forth above.

DATED this 7th day of September, 2023.


Brian Morris, Chief District Judge
United States District Court